UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. WOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDDING POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-0445 AC P<br><br><br>ORDER |

　　　　Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his application.

　　　　In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to

////

////

1

1  comply with this order will result in a recommendation that this action be dismissed without
2  prejudice.
3  DATED: March 14, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE