UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. WOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>REDDING POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:22-cv-00445-TLN-AC<br><br>**ORDER** |

    Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On May 11, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has not filed objections to the findings and recommendations.

    Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

1    The Court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1. The Findings and Recommendations filed May 11, 2022 (ECF No. 8) are ADOPTED
5 in full; and
6    2. This case is DISMISSED without leave to amend.
7 **DATED: September 14, 2022**

Troy L. Nunley
United States District Judge